# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 997-6872

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

The application is  X  granted.
                ___ denied.

Nelson S. Román, U.S.D.J.
Dated: Feb. 11, 2020
White Plains, New York 10601

Clerk of the Court requested to terminate the motion (doc. 15).

February 11, 2020

BY ECF, HAND AND MAIL
The Honorable Nelson S. Roman
United States District Court Judge
Southern Distr4ivct of New York
300 Quarropas Street
White Plains, New York

Re **United States v. Vania Bell**
19 Cr. 550 (NSR)

Dear Judge Roman:

This letter is written to request an adjournment of the pretrial conference of Ms. Bell currently scheduled for Friday, February 14, 2020. This request is being made because I will be out of the district on that date. I have spoken to chambers and have been given a new conference date of February 28, 2020 at 12:00 noon. Ms. Bell is out on bail and is in compliance with her bail conditions. The government does not object to this request. We thank you in advance for your kind consideration.

Respectfully submitted,

Susanne Brody

cc: Margery B. Feinzig, A.U.S.A.

Ms. Vania Bell

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: 2/11/2020