UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

VANIA MAY BELL,

Defendant.

No. 19-CR-550 (NSR)

**RESCHEDULING ORDER**

NELSON S. ROMÁN, United States District Judge:

The Court has been advised that, due to the ongoing COVID-19 pandemic, Defendant has not yet had an opportunity to review discovery in this matter with her counsel. Accordingly, the previously scheduled Status Conference on July 1, 2020 **is hereby rescheduled until December 4, 2020 at 10:30 am** in Courtroom 218, unless otherwise directed, before the Hon. Nelson S. Román, at the Charles L. Brient United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.

If, after reviewing discovery, Defendant wishes to file any motions, the Court hereby sets the following briefing schedule: (a) Defendant is directed to serve and file her moving papers **by August 17, 2020**; (b) the Government is directed to serve and file its opposition papers **by September 17, 2020**; and (c) Defendant is directed to serve and file her reply papers (if any) **by October 5, 2020**. As the parties serve their respective documents, they are directed to serve two (2) courtesy copies to the Court's chambers.

Finally, in the interest of justice, the Court hereby tentatively schedules the jury trial for this matter to commence on **January 11, 2021 at 9:30 am.**

Dated: June 30, 2020
        White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2020