# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 17, 2020

**BY ECF**
The Honorable Judge Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/2020

**Re:   United States v. Vania Bell**
       **19 Cr. 550 (NSR)**

Dear Judge Roman:

      This letter is written on the behalf of Ms. Vania Bell and respectfully requests that this Court modify Ms. Bell's bail conditions. Specifically, Ms. Bell requests that the Court allow Ms. Bell to travel to Lancaster, Pennsylvania on September 18, 2020 and return to her home in New Jersey on September 20, 2020. Ms. Bell is going to Lancaster, Pennsylvania in order to get a service dog for her daughter who suffers from severe anxiety, depression and ADHD. The adoption of the dog is to assist Ms. Bell's daughter with her emotional and mental health.

      On August 1, 2019, Ms. Bell was released on bond. She is currently on pretrial supervision. Her pretrial service officer, Mr. Winter Pascual and the government have no objection to this travel request. Thank you for your consideration of this matter.

Respectfully submitted,

/s/
Susanne Brody
Assistant Federal Defender
(914) 428-7133

cc: Margery Beth Feizing, AUSA
    Vladislav Vainberg, AUSA
    Winter Pascual, USPTSO
    Ms. Vania Bell

The modification request is granted on consent of the Government and Pretrial Services as set forth above. The Clerk of the Court is respectfully instructed to terminate the motion at ECF No. 24.

Dated: 9/18/2020
White Plains, NY

SO ORDERED:

*[signature]*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE