MEMO ENDORSED

# Federal Defenders
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

David E. Patton
*Executive Director*
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

November 20, 2020

**BY ECF**
The Honorable Judge Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   **United States v. Vania Bell**
      **19 Cr. 550 (NSR)**

Dear Judge Roman:

This letter is written on the behalf of Ms. Vania Bell and respectfully requests that this Court modify Ms. Bell's bail conditions. Specifically, Ms. Bell requests that the Court allow her to travel to Hamden, Connecticut today, Friday, November 20, 2020, after 8:00 PM. Ms. Bell will be returning to her New Jersey residence in the early evening of Sunday, November 22, 2020. Ms. Bell is traveling to Hamden, CT in order to pick up her daughter. Her partner, who was supposed to pick up the child, tested positive for the COVID-19 virus yesterday. In Connecticut, Ms. Bell will be staying at: 100 Town Walk Drive, Apt#1334, Hamden, CT 06518.

On August 1, 2019, Ms. Bell was released on bond. She is currently on pretrial supervision. Her pretrial service officer, Mr. Winter Pascual and the government have no objection to this travel request. Thank you for your consideration of this matter.

Respectfully submitted,

/s/
Susanne Brody
Assistant Federal Defender
(914) 428-7133

cc: Margery Beth Feizing, AUSA
    Vladislav Vainberg, AUSA
    Winter Pascual, USPTSO
    Ms. Vania Bell

Defendant's request for a temporary bail modification as detailed above is granted without objection from the Government and Pretrial Services  Clerk of Court requested to terminate the motion (doc. 26).
Dated:  Nov. 20, 2020

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/2020