# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

**MEMO ENDORSED**


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2021

January 11, 2021
BY ECF AND EMAIL
The Honorable Nelson S. Roman
United States District Court Judge
Southern District of New York
300 Quaroppas Street
White Plains, New York 10601

Deft's request to adjourn the Pretrial Conf. from Jan. 13, 2021 until Feb. 18, 2021 at 2:00 pm - to be held via teleconference - is granted. Clerk of Court requested to terminate the motion (doc. 34).
Dated: Jan. 12, 2021

SO ORDERED:

/s/ Nelson S. Roman
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re: **United States v. Vania Bell**
    **19 Cr. 550(NSR)**

Dear Judge Roman:

This letter is written on behalf of Ms Vania Bell and respectfully requests a four week adjournment of her pre-trial conference currently scheduled for January 13, 2021, at 2:00 p.m. I have spoken to Ms. Bell this evening and was informed that she did test positive for Covid-19, and developed pneumonia. She remains ill and does not feel up to a Court conference. The motions have been decided so the only thing remaining is for the Court to set a trial schedule. I notified both Chambers and the government by email this evening that I would be submitting this formal request. Ms. Bell is out on bail at home and has been in compliance with her bail cond-itions. We thank the Court in advance, and consent to the waiver of time on the Speedy Trial Clock until the next scheduled meeting.

Respectfully submitted,
/s/
Susanne Brody

cc: Margery Feinzig, AUSA
    Ms. Vania Bell