USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - X
                            :

UNITED STATES OF AMERICA
                            :

   - v. -                          ORDER
                            :

VANIA MAY BELL,                19 Cr. 550 (NSR)
                            :

       Defendant.
                            :

                            :
- - - - - - - - - - - - - - - - - - - - - - - X

       Upon the application of the United States of America, by and through Audrey Strauss, United States Attorney, Margery Feinzig and Vladislav Vainberg, of counsel, and with the consent of the defendant, by and through her counsel, it is ORDERED that the time between November 1, 2021 and May 2, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

The Court finds that the ends of justice served by excluding time outweigh the interests of the public and the defendant in a speedy trial, because it will enable the defense to continue review of substantial discovery, prepare for trial, and, if appropriate, engage in discussions with the Government regarding the disposition of the case.

SO ORDERED.

_____
THE HONORABLE NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Dated:  White Plains, New York
        September 23, 2021

Clerk of Court requested to
terminate the motion (doc. 45).