**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124 Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

January 6, 2022

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

> Deft's request to modify her bail conditions as outlined below is granted without objection by the Gov't and her Pretrial Services Officer. Clerk of Court requested to terminate the motion (doc. 47).
> Dated: Jan. 6, 2022
> SO ORDERED:
> /s/
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Re: **United States v. Vania Bell**
    **19 Cr. 550 (NSR)**

Dear Honorable Román:

I am writing to ask that Your Honor please modify the terms of Ms. Bell's release to allow her to travel to her goddaughter's bridal shower in Tampa, Florida between Tuesday, January 11, 2022 and Tuesday, January 18, 2022. If approved, Ms. Bell would drive from New York to Tampa, beginning early in the morning on January 11, and stay overnight with her niece in Sneads Ferry, North Carolina. She would then finish the drive to Tampa on January 12, and stay with her family member and a co-signer of her bond, George Pertot, who is also the father of Ms. Bell's goddaughter. Ms. Bell would stay with Mr. Pertot between January 12 and January 17, and attend the bridal shower on January 15. On January 17, she would leave Tampa and again stay with her niece in North Carolina before finishing the drive back to New York on January 18.

I have communicated with A.U.S.A. Margery Feinzig and she does not object to this request. I have also communicated with Office Andrew Abbott from Pretrial Services. Officer Abbott informed me that Pretrial Services has no objection.

Thank you for your consideration of this request.

Sincerely,

/s/

Benjamin Gold
Assistant Federal Defender

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2022

cc: AUSA Margery Feinzig
    Andrew Abbott, Pretrial Services