**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

March 29, 2022

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Deft's request to temporarily modify her bail conditions as outlined below is GRANTED without objection by the Gov't and her Pretrial Services Officer. Clerk of Court requested to terminate the motion (doc. 52).
Dated: White Plains, NY
  March 29, 2022

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re:   **United States v. Vania Bell**
      **19 CR 550 (NSR)**

Dear Honorable Román:

I am writing to ask that Your Honor please modify the terms of Ms. Bell's release to allow her to travel with her two children to her goddaughter's wedding in Jensen Beach, Florida. The proposed travel would be between Wednesday, March 30 and Monday, April 4.

If approved, Ms. Bell would depart from her home in Montvale, New Jersey by car on March 30, stop for the night at her niece's home, located at 115 Shoveler Court in Sneads Ferry, North Carolina, and complete the drive to Florida on March 31, where she would check in at the River Palm Cottages & Fish Camp in Jensen Beach. After attending the wedding, she would depart Jensen Beach on April 3, stay the night once more at her niece's in North Carolina, and complete her return to New Jersey on April 4.

I have communicated with Margery Feinzig from the United States Attorney's Office and she does not object to this request. I have also communicated with Andrew Abbott from Pretrial Services. Officer Abbott informed me that Pretrial Services also has no objection.

Thank you for your consideration of this request.

Sincerely,

//s
Benjamin Gold
Assistant Federal Defender

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/2022

cc:   Senior Litigation Counsel Margery Feinzig
      Andrew Abbott, Pretrial Services