**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

Southern District

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 3, 2022

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: **United States v. Vania Bell**
    **19 CR 550 (NSR)**

> Deft's request to temporarily modify her bail conditions as outlined below is GRANTED without objection by the Gov't and her Pretrial Services Officer. In the future, counsel is directed to obtain and include in the application written documentation / confirmation that the Gov't does not oppose. Clerk of Court is requested to terminate the motion (doc. 54).
>
> SO ORDERED:
>
> Dated: White Plains, NY
> May 3, 2022
>
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Dear Honorable Román:

I am writing to ask that Your Honor please modify the terms of Ms. Bell's release to allow her to travel to Quinnipiac University in Hamden, Connecticut, to assist her stepdaughter move out of her college residence. This proposed travel would be on Friday, May 6, 2022.

If approved, Ms. Bell would depart from her home in Montvale, New Jersey at 7:00am on May 6, drive to Quinnipiac University, assist her stepdaughter, and return home by 10:00pm the same day.

My office has communicated with Margery Feinzig from the United States Attorney's Office and she does not object to this request. I have also communicated with Andrew Abbott from Pretrial Services. Officer Abbott informed me that Pretrial Services also has no objection.

Thank you for your consideration of this request.

Sincerely,

//s

Benjamin Gold
Assistant Federal Defender

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/2022

cc: Senior Litigation Counsel Margery Feinzig
    Andrew Abbott, Pretrial Services