**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 14, 2022

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   **United States v. Vania Bell**
      **19 CR 550 (NSR)**

Dear Honorable Román:

    I am writing to ask that Your Honor please modify the terms of Ms. Bell's release to allow her to travel to her niece's "gender reveal" celebration in Tampa, Florida on Friday, July 15, 2022, and returning on Wednesday, July 20, 2022. This niece is also her goddaughter.

    If approved, Ms. Bell would book a flight and hopes to depart July 15, 2022, at 9:00 a.m. from Newark Airport and return to Newark on July 20, 2022, at 3:40 p.m.[1] She would stay with her niece's father, who is also one of the co-signors on the bond. She apologizes for the late notice of this request, however she only received the invitation at the end of last week and learned that her family could make arrangements to pay for her ticket.

    My colleague, Ben Gold, has communicated with Margery Feinzig from the United States Attorney's Office and she does not object to this request. Mr. Gold has also communicated with Cindy Diaco from Pretrial Services who also has no objection.

    Thank you for your consideration of this request.

Sincerely,

Elizabeth K. Quinn
Assistant Federal Defender

cc:   Senior Litigation Counsel Margery Feinzig
      Cindy Diaco, Pretrial Services

---

[1] Ms. Bell has not booked a flight yet, as the Court has not ruled on her request, however, she had looked up this flight information in anticipation of her family booking a flight for her.

---

**Memo Endorsement:**

Deft's request to temporarily modify her bail conditions as outlined below is GRANTED without objection by the Gov't and Pretrial Services. Deft is directed to provide all travel details to Pretrial Services. Clerk of Court requested to terminate the motion (doc. 61).
Dated: White Plains, NY
       July 14, 2022
SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2022