**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

**Southern District**
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 13, 2023

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2023

Re:   **United States v. Vania Bell**
      **19 CR 550 (NSR)**

Dear Honorable Román:

I am writing to ask that Vania Bell's surrender date, which his currently set for January 17, 2023, be postponed two-weeks until January 31, 2023. I am making this request because earlier this week Ms. Bell began to feel incredibly ill, which prompted her doctor to test for a variety of conditions. ███████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████

Under these circumstances, and especially in light of Ms. Bell's pre-existing conditions,[2] ███████████████████████████████████████
███████████████████████████████ I ask that the Court please delay Ms. Bell's surrender for two-weeks.

---

[1] Because this information relates to Ms. Bell's private medical records, I am requesting permission to redact the lab report and the portions of this letter that specifically identify Ms. Bell's health conditions.

[2] As noted in the PSR, Ms. Bell is ███████ PSR ¶ 77. According to the ███
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
" See ███████████████████████████
███████████████████████████████████████████████████████████
(last assessed on January 13, 2023).

[3] See ███████████████████████████████████████████████
███████████████████████████████████████████████████████████

I have communicated with Margery Feinzig from the United States Attorney's Office and she does not object to this request.

Thank you for your consideration of this request.

Sincerely,

Benjamin Gold
Assistant Federal Defender

cc:    Senior Litigation Counsel Margery Feinzig

**Deft's request to postpone her surrender date from January 17, 2023 until January 31, 2023 is GRANTED without objection by the Gov't.  Clerk of Court is requested to terminate the motion at ECF No. 75.**
**Dated:  White Plains, NY**
**             January 13, 2023**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE