MEMO ENDORSED

**Federal Defenders**
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 27, 2023

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2023

   Re:  **United States v. Vania Bell**
      **19 CR 550 (NSR)**

Dear Honorable Román:

  I am writing to update you on Vania Bell's health and to ask that, in light of her continued illness, Ms. Bell's surrender date be postponed another two weeks until February 15, 2023. As background, Ms. Bell's original surrender date was set for January 17, 2023 but, as detailed in my January 13th submission, on January 12, 2023, Ms. Bell ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. *See* ECF # 75. As a result of her illness, Ms. Bell's surrender date was delayed until January 31, 2023. *See* ECF # 76.

  Unfortunately, Ms. Bell is still quite ill. As detailed in the attached medical records from January 26, 2023, Ms. Bell continues to suffer from ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ January 26, 2023 Medical Records (Exhibit A). In a letter written today by Ms. Bell's doctor, Ms. Bell is described as "▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓" and as being "▓▓▓▓▓▓▓▓▓▓▓." January 27, 2023 Letter (Exhibit B).

  Under these circumstances, and especially in light of Ms. Bell's pre-existing conditions,[1] as well as the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓-

---

[1] As noted in the PSR, ▓▓▓▓▓▓▓▓▓▓▓▓▓. PSR ¶ 77. According to the ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (last assessed on January 13, 2023).

████████████████████████████████████████,[2] I ask that the Court please delay Ms. Bell's surrender for two-weeks.  This is essential both ██████████████ ████████████████████████████████████████████████████████████████████.

      I have communicated with Margery Feinzig from the United States Attorney's Office, and she does not object to this request.

      Thank you for your consideration of this request.

                                Sincerely,

                                //s

                                Benjamin Gold
                                Assistant Federal Defender

cc:    Senior Litigation Counsel Margery Feinzig

**In light of Defendant's continued illness, Defendant's request that her surrender date be postponed from Jan. 31, 2023 until February 15, 2023 is GRANTED without objection by the Government. Clerk of Court is requested to terminate the motion at ECF No. 78. Dated: White Plains, NY**
          **January 30, 2023**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

---

[2] ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

# Exhibit A

PCN MEDICAL GROUP LLC • 221 WEST GRAND AVE, MONTVALE NJ 07645-1729

BELL, Vania (id # ▮▮▮▮, dob: ▮▮▮▮▮▮▮▮)

GABRIELA WOJNARSKA-ALVAREZ M.D
221 WEST GRAND AVE SUITE 105
MONTVALE, NJ 07645-1729
Phone: ▮▮▮▮▮▮▮  Fax: ▮▮▮▮▮▮▮

Date: 01/26/2023

Dear Vania Bell,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: GABRIELA WOJNARSKA-ALVAREZ, MD

*Gabriela Wojnarska-Alvarez M.D.*

## Patient Care Summary for Vania Bell

### Most Recent Encounter

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|------|-------------|------|----------|----------|-------|
|  |  | ▮ |  |  |  |

## Problems

| Name | Status | Onset Date | Source |
|------|--------|------------|--------|
| ▮ | | | |

| Date | Name | Performed by |
|------|------|--------------|
|  | ▮ | Information not available |

## Vaccine List

▮

## Tobacco Smoking Status

▮

## Past Encounters

| Encounter Date | Diagnosis | Provider |
|----------------|-----------|----------|
| ▮ | | |

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Female | Ethnicity: | Hispanic or Latino/Spanish |
| ▮ | | Race: | White |
| Preferred language: | English | Marital status: | Widowed |

Contact: ▮

## Care Team Members

---

Note: Patients are solely responsible for maintaining the privacy and security of all information printed from the Patient Portal.

## Plan of Care
**Reminders**                                                              Provider

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

**Name**                                                       **Prescribed Date   Start Date**

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Pulse | O2 Saturation | Temperature |
|--------|--------|-----|----------------|-------|---------------|-------------|

## Results
**Lab Results**

# Exhibit B



1/27/2023

To whom It May Concern:

My patient Verde Bell DOB:

███████

███ MD

221 West Grand Avenue • Montvale, NJ 07645
Phone ███████
PCNMD.org