**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

November 2, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/2026

MEMO ENDORSED

**By Email and ECF**
The Honorable Nelson S. Román
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Vania May Bell*, 19 Cr. 550 (NSR)

Dear Judge Román:

The Government respectfully submits this letter regarding pending motions before the Court in the above-captioned case. By order dated September 28, 2026, the Court directed the Government to respond to defendant Vania May Bell's Section 2255 petition within sixty days, *i.e.*, by November 25, 2026.[1] ECF 113. On October 26, 2026, Bell filed a motion to supplement her Section 2255 petition. ECF 118. By order dated October 30, 2026, the Court directed the Government to respond to Bell's motion to supplement by November 13, 2026. ECF No. 119 at 1. As both the Section 2255 petition and the supplement address interrelated issues, the Government respectfully requests that the Court permit the Government to respond to both filings in a consolidated memorandum by the original deadline of November 25, 2026.

The Government's request to respond to Petitioner's 2255 petition and her motion to supplement in one consolidated memorandum is GRANTED. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 121 and to mail a copy of this order at the address listed on ECF in 26-cv-7924.
Dated: November 2, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: V. Surapaneni
Vineet Surapaneni
Assistant United States Attorney
Southern District of New York
(914) 993-1913

cc: Vania May Bell (By Certified Mail)
Reg. No. 87059-054
120 Orchard Street, Apt. A-4
East Rutherford, NJ 07073

[1] The Government notes that 60 days after September 28, 2026, is November 27, 2026, which is a Court holiday.